UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINTON FROST,

               Plaintiff,

-against-

JOSEPH R. BIDEN, JR., in his official capacity as 46th President of the United States of America,

               Defendant.

1:25-CV-4271 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated October 4, 2022, the Court barred Plaintiff from filing any future civil action in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See Frost v. Trump*, ECF 1:22-CV-6126, 8 (S.D.N.Y. Oct. 4, 2022). Plaintiff files this new *pro se* civil action,[1] seeks IFP status,[2] and has not sought leave to file from the Court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the October 4, 2022 order in *Frost*, ECF 1:22-CV-6126, 8.

    The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962)

---

[1] Plaintiff's complaint (ECF 1) and consent to electronic service of court documents (ECF 2) are both unsigned.

[2] Plaintiff has neither paid the fees to bring this action, nor filed an IFP application. Because he has not paid the fees, however, the Court understands that he is seeking to proceed IFP.

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:   June 6, 2025
        New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge