UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINTON FROST,<br><br>                    Plaintiff,<br><br>-against-<br><br>JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS 46TH PRESIDENT OF THE UNITED STATES OF AMERICA,<br><br>                    Defendant. | 25-cv4271 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the June 6, 2025 order, this action is dismissed without prejudice for Plaintiff's failure to comply with the October 4, 2022 order in *Frost*, ECF 1:22-CV-6126, 8.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 9, 2025
            New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                   Chief United States District Judge